United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

LINDSEY WILLIAMS-DIGGINS, et al.,

Plaintiffs,

v.

SALESFORCE, INC.,

Defendant.

Case No. 26-cv-12090-PHK

***SUA SPONTE* JUDICIAL REFERRAL ORDER**

Pursuant to Civil Local Rule 3-12(c), the above-titled case is hereby **REFERRED** to the Honorable Jacqueline Scott Corley for consideration of whether this case is related to *In Re Salesforce Customers Security Incident Litigation*, Case No. 3:25-cv-07232-JSC.

**IT IS SO ORDERED.**

Dated: October 27, 2026

PETER H. KANG
United States Magistrate Judge